

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00266-CV

| | | |
|---|---|---|
| LADEITRA STEWARD, Appellant | § | On Appeal from the 352nd District Court |
| | § | of Tarrant County (352-305799-19) |
| V. | | |
| | § | August 29, 2019 |
| LA FRONTERA SOUTH PHASE ONE AND THE VILLAS OF LA FRONTERA SOUTH PHASE ONE HOMEOWNERS ASSOCIATION, Appellees | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
      Justice Lee Gabriel